

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

## No. 02-17-00337-CV

| | | |
|---|---|---|
| NATHANIEL WASHINGTON, Appellant | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-279518-15) |
| V. | | |
| | § | October 4, 2018 |
| CITY OF ARLINGTON POLICE DEPARTMENT, R. WALSH, TAYLOR FERGUSON, BRIAN SALVANT, AND GEORGE MACKEY, Appellees | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel